```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
UNITED STATES OF AMERICA,      *
                               *
vs.                            *    CRIMINAL NO. 14-00054-CG
                               *
THOMAS JASON STRICKLAND,       *
                               *
     Defendant.                *
```

### ORDER

Daniel McCleave, counsel for Defendant Thomas Jason Strickland, filed a Plea Agreement and Factual Resume (Doc. 106), wherein he advised the Court that Defendant desires to change his plea of not guilty and enter a plea of guilty to **Count One** of the Indictment. Accordingly, this action is set for a guilty plea hearing on **September 23, 2014, at 9:30 a.m.**, before United States District Judge Callie V.S. Granade, in Courtroom 2B of the United States District Court, 113 St. Joseph Street, Mobile, Alabama, 36602.

**COUNSEL IS CAUTIONED THAT A SIGNED PLEA AGREEMENT IS TO BE COMPLETED AND FILED ONE FULL DAY PRIOR TO THE GUILTY PLEA HEARING.**

The United States Marshal is DIRECTED to produce Defendant Thomas Jason Strickland for the above-referenced conference.

If Defendant does not plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge and the pretrial conference will be resumed.

**ORDERED** this **11th** day of **September 2014.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**